# SEALED
## BY ORDER OF THE COURT

### WARNING:   THIS DOCUMENT FILED UNDER SEAL
### PURSUANT TO CRIMINAL LOCAL RULE 32(j).

BERVAR & JONES
Attorneys at Law
A Law Partnership
BIRNEY B. BERVAR    #5482
Alakea Corporate Tower
1100 Alakea Street, 20th Floor
Honolulu, Hawaii  96813
Phone:  (808) 550-4990
Fax:     (808) 550-4991
Email:  bbb@bervar-jones.com



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII   CC
May 31, 2022, 9:59 am
Pam Hartman Beyer, Clerk of Court

Attorney for Defendant
TY J. K. CULLEN

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 22-00013 SOM |
| Plaintiff, | DEFENDANT TY J. CULLEN'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE **[FILE UNDER SEAL]** |
| vs. | |
| TY J. CULLEN, | |
| Defendant. | Date:     July 5, 2022<br>Time:    2:15 p.m.<br>Judge:  Susan Oki Mollway |

<u>DEFENDANT TY J. CULLEN'S SENTENCING STATEMENT</u>

Defendant Ty Cullen, through counsel Birney B. Bervar, has the following objections, corrections and additions to the draft pre-sentence report:

<u>Paragraph No. 36 – Base Offense Level</u>

The draft pre-sentence report incorrectly states that Cullen was a Hawaii State Senator.  Cullen was a member of the Hawaii State House of Representatives.

DATED: Honolulu, Hawaii, May 31, 2022.

/s/ Birney B. Bervar
BIRNEY B. BERVAR
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 22-00013 SOM |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| TY J. CULLEN, | |
| Defendant. | |

CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2022, a true and correct copy of the foregoing will be served electronically on the following through CM/ECF **(FILE UNDER SEAL):**

       KENNETH M. SORENSON
       Assistant United States Attorney
       300 Ala Moana Blvd., Room 6-100
       Honolulu, Hawaii 96850
       ken.Sorenson@usdoj.gov

       DARSIE ING-DODSON
       Senior U.S. Probation Officer
       300 Ala Moana Blvd., Room 6-100
       Honolulu, Hawaii 96850
       darsie_ing-dodson@hip.uscourts.gov

DATED: Honolulu, Hawaii, May 31, 2022.

                     /s/ Birney B. Bervar
                     BIRNEY B. BERVAR
                     Attorney for Defendant