CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
E-Mail:   Ken.Sorenson@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00013 SOM |
| | ) | |
| Plaintiff, | ) | SENTENCING STATEMENT OF NO |
| | ) | OBJECTIONS TO DRAFT |
| vs. | ) | PRESENTENCE REPORT; |
| | ) | CERTIFICATE OF SERVICE |
| TY J.K. CULLEN, | ) | |
| | ) | Date:   July 5, 2022 |
| Defendant. | ) | Time:   2:15 p.m. |
| | ) | Judge:   Susan Oki Mollway |

SENTENCING STATEMENT OF NO OBJECTIONS
TO DRAFT PRESENTENCE REPORT

The United States has reviewed the draft presentence report and has no objections to the factual statements or guideline computations contained in the report.

DATED:   June 2, 2022, at Honolulu, Hawaii.

>     CLARE E. CONNORS
>     United States Attorney
>     District of Hawaii
>
>     */s/ Kenneth M. Sorenson*
>     By_____
>     KENNETH M. SORENSON
>     Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through EM/ECF:

    Birney Bervar, Esq.

    Attorney for Defendant
    TY J.K. CULLEN

Served via Email:

    Darsie Ing-Dodson        Darsie_Ing-Dodson@hip.uscourts.gov
    U.S. Probation Officer

    DATED:   June 2, 2022, at Honolulu, Hawaii.

                              */s/ Dawn Aihara*
                              _____