BERVAR & JONES
Attorneys at Law
A Law Partnership
BIRNEY B. BERVAR     #5482
Alakea Corporate Tower
1100 Alakea Street, 20th Floor
Honolulu, Hawaii  96813
Phone:  (808) 550-4990
Fax:     (808) 550-4991
Email:  bbb@bervar-jones.com

Attorney for Defendant
TY J. K. CULLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TY J. CULLEN,<br><br>    Defendant. | CR. NO. 22-00013 SOM<br><br>STIPULATION TO ALLOW DEFENDANT TY J. CULLEN TO TRAVEL and ORDER |

STIPULATION TO ALLOW DEFENDANT
TY J. CULLEN TO TRAVEL

Defendant Ty J. Cullen, has requested permission to travel.

IT IS HEREBY STIPULATED AND AGREED between parties undersigned, that the Defendant Ty J. Cullen may travel with his family for the

purpose of attending his daughter's college graduation and a family trip to Las Vegas and New Mexico from December 14, 2022 to December 25, 2022.

Cullen will provide a copy of his travel itinerary to U.S. Pretrial Services no less than 72 hours prior to departure. All other condition of pretrial release remains in effect.

SO STIPULATED.

DATED: Honolulu, Hawaii, November 28, 2022.

/s/ Kenneth M. Sorenson
Assistant U.S. Attorney
KENNETH M. SORENSON

/s/ Birney B. Bervar
Attorney for Defendant
TY J. CULLEN

/s/ Diane Arima-Linscott
DIANE ARIMA-LINSCOTT
United States Probation Officer

**APPROVED AND SO ORDERED**

Dated: Honolulu, Hawaii, November 28, 2022

Kenneth J. Mansfield
United States Magistrate Judge

_____
_ *United States of America vs. TY J. CULLEN*;CR. NO. 22-00013 SOM
STIPULATION TO ALLOW DEFENDANT TY J. CULLENTO TRAVEL