UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

**Request for Media Blogging**

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: **USA vs. Ty J.K. Cullen**     Case No. **22-00013-SOM**

Presiding District or Magistrate Judge: **Senior Judge Susan Oki Mollway**

Media Outlet: **The Associated Press**

Representative(s): **Audrey McAvoy, Jennifer Kelleher**

Email Address To Send Completed Request Form: **amcavoy@ap.org**

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 4/6/2023 | 10 a.m. | Sentencing |
| various | various | all future on-the-record hearings in open court |
| | | |
| | | |
| | | |

DATED: **3/22/23**     SIGNATURE: _[signature]_

PRINTED NAME: **Audrey McAvoy**

---

IT IS SO ORDERED.

☒ APPROVED     ☐ APPROVED AS MODIFIED     ☐ DENIED

DATED: **3/22/2023**     _[signature: Susan Oki Mollway]_